# ADDITIONAL

# ATTACHMENTS

# <u>NOT</u>

# SCANNED

___ Exceeds scanner's page limit
___ Physical exhibit prevents scanning
X Other: <u>Physical Pleading prevents Scanning</u>

# **PLEASE REFER TO COURT FILE**